UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>PETER MAHONEY,<br>　　　　　　Defendant. | **NO. CR-04-2127-RHW**<br>Order Amending<br>Conditions of Release |

The defendant Peter Mahoney moved to amend his conditions of release. The Court has considered the record and files herein, including the declaration of counsel and the representation that there is no objection by Ms. Jane Kirk, Assistant U.S. Attorney. The Court **GRANTS** the defendant's motion to amend the conditions of release.

IT IS **ORDERED** that the conditions of release shall be amended as follows: That Peter Mahoney shall be allowed to drive to Auburn, Washington on August 10 to attend a concert with his son Thursday, August 11, 2005. They will stay at the King Oscar Hotel, 415 Ellington Rd., Pacific, WA (253) 288-1916 August 10-11, and drive back to Spokane Friday, August 12, 2005. All other conditions of release shall remain in full force and effect.

DATED this 5th day of August, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

*s/ Mark E. Vovos*
Mark E. Vovos, #4474
Attorney for Peter Mahoney
1309 West Dean, Suite 100
Spokane, WA 99201
Phone: (509) 326-5220; Fax: (509) 326-5226

<u>*Approved previously via telephone:*</u>
JANE KIRK, Assistant U.S. Attorney